**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6583**

---

RICHARD WITHERSPOON,

Plaintiff - Appellant,

versus

JULIAN L. WALTERS; MICHAEL G. HARDING; TIMOTHY
V. CUMMINGS; DANNY R. BEACHUM; CLYDE LEAR;
JAMES C. CALDWELL, Chief; CITY OF NORTH
CHARLESTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge. (CA-95-581-2-23)

---

Submitted:  October 17, 1996      Decided:  October 24, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard Witherspoon, Appellant Pro Se.  James Albert Stuckey, Jr.,
STUCKEY & SENN, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment for Defendants in accordance with a jury's verdict returned in this 42 U.S.C. § 1983 (1994) action alleging excessive use of force during the execution of a lawful search warrant. We have reviewed the record and other materials before us and find no reversible error. The parties' versions of events were contradictory. We will not disturb the jury's credibility determination in favor of Defendants, nor will we weigh the evidence anew. See United States v. Saunders, 886 F.2d 56, 60 (4th Cir. 1989). Accordingly, we affirm on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED